354

667 A.2d 210

**COMMONWEALTH of Pennsylvania**

**v.**

**Nicodemo COLON, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1995.

Decided Nov. 22, 1995.

John W. Packel, Jeffrey P. Shender, Philadelphia, for Nicodemo Colon.

Catherine Marshall, Joan Weiner, Philadelphia, for Commonwealth.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM:

Order of Superior Court reversed. *See Morrison v. Commonwealth, Department of Public Welfare,* 538 Pa. 122, 646 A.2d 565 (1994).

CASTILLE, J., dissents.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).